IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,                      2:07-cr-00153-HDM-PAL

    vs.                               ORDER

ARTHUR WILLIAM MASTERSON,

        Defendant.
_____/

    It is ordered that the Clerk of Court immediately disburse $240.00 of restitution currently on deposit in USA v Masterson, File #2:07-cr-0153.

    Dated this 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE