UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br><br>ARTHUR WILLIAM MASTERSON,<br><br>                Defendant. | Case No. 2:07-cr-00153-HDM-PAL<br><br>ORDER |

The court currently has on deposit the sum of $2,027.19, which reflects payments made toward the restitution obligation of the defendant, Arthur William Masterson. The court has been further advised that Kent County Friend of the Court can no longer process and disburse payments made through the Michigan State Disbursement Unit (MISDU) on behalf of the victim, Kathaleen Ford. Kent County Friend of the Court asks that all future restitution disbursements be made directly to Ms. Ford. The court has been advised that the last known address for Kathaleen Ford is 306 W Main Street, Mondovi, WI 54755-1527.

Accordingly, before the court directs payment to Kathaleen Ford at that address, IT IS ORDERED that Ms. Ford advise the court if this is her current address and, if not, what her current address is, for the purposes of distributing to Ms. Ford the funds currently on file with the court. Further, the Clerk shall retain

1

the funds on file until the court has received confirmation from Ms. Ford of her current address.

The Clerk of Court shall further mail a copy of this order to Kathaleen Ford at 306 W Main Street, Mondovi, WI 54755-1527.

IT IS SO ORDERED.

DATED: This 28th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE